```
Zhiming (David) Wang, Esq. (SBN 288890)
Kaitlyn Diamond, Esq. (SBN 286069)
Jessica N. Marshall, Esq. (SBN 316341)
```
**PACIFIC COAST TRIAL LAW FIRM**
7380 Clairemont Mesa Blvd, Suite 200
San Diego, CA 92111                                              JS-6
Telephone: (858) 952-1901

Attorneys for Plaintiff, JIANHUA HAO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JIANHUA HAO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP. and DOES 1 TO 50,<br><br>　　　　Defendants. | Case No: 2:21-cv-08269 JFW (PDx)<br><br>[Los Angeles Superior Court Action No.: 21STCV20071]<br><br>**ORDER RE STIPULATION TO AMEND THE COMPLAINT AND REMAND CASE TO STATE COURT** |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court grants the stipulated request and orders the following:

1. Plaintiff is granted leave to amend the complaint to add Arctic Cooling Systems, LLC as a Defendant.

2. The matter is remanded back to state court in the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Dated: November 9, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. John F. Walter